# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

**GARFIELD SPENCE,**

    **Plaintiff**                                                        Case Number:  9:24-cv-80494-DMM

**V.**

**TBC PROPERTY HOLDINGS INC.**

    **Defendant**

_____/

## NOTICE OF DISMISSAL WITH PREJUDICE AND MOTION TO RATIFY AND APPROVE SETTLEMENT AGREEMENT

Plaintiff, pursuant to FRCP 41(a)(1)(A)(i) hereby gives this Honorable Court notice of dismissal of this action with prejudice and, unless otherwise agreed, each party shall bear their own attorney's fees and costs. Plaintiff further moves for the Court to approve, ratify, and retain jurisdiction over the parties' Settlement Agreement which is herein attached as an Exhibit to this pleading.

                                                                                  Respectfully submitted,

Dated: June 12, 2024                                                     */s/ Alberto R. Leal*.
                                                                                Alberto R. Leal, Esq., P.A.
                                                                                Florida Bar No.: 1002345
                                                                                E-Mail: albertolealesq@gmail.com
                                                                                Phone: 954-637-1868