UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-80494-CV-MIDDLEBROOKS

GARFIELD SPENCE,

    Plaintiff,

v.

TBC PROPERTY HOLDINGS INC.,

    Defendant.

_____/

## ORDER GRANTING MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND CLOSING CASE

THIS CAUSE is before the Court on Plaintiff's Notice of Dismissal with Prejudice and Motion to Ratify and Approve Settlement Agreement, filed on June 12, 2024. (DE 13). The Court has carefully considered the Motion and the Settlement Agreement, which is attached to the Motion as Exhibit 1, and which is signed by all parties to this action. I note that the Parties' Stipulation is not self-executing, but rather conditioned upon the court's reservation of jurisdiction to enforce the terms of the Parties' settlement agreement. Therefore, I will retain jurisdiction consistent with the terms of *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Notice of Dismissal with Prejudice and Motion to Ratify and Approve Settlement Agreement (DE 13) is **GRANTED**.

2. The Settlement Agreement is **APPROVED**, and this case is **DISMISSED WITH PREJUDICE**.

3. This Court will retain jurisdiction to enforce the Settlement Agreement for a period of 12 (twelve) months from the date of this Order.

4. Each party will bear their own attorney's fees and costs except as detailed in the parties' Settlement Agreement.

5. All pending motions are hereby **DENIED AS MOOT**.

6. The Clerk of Court is directed to **CLOSE THIS CASE**.

**SIGNED** in Chambers, at West Palm Beach, Florida this ___ day of June, 2024.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

CC: Counsel of record